No. 89–5867. IRWIN *v.* DEPARTMENT OF VETERANS AFFAIRS ET AL. C. A. 5th Cir. Motion of petitioner for leave to proceed *in forma pauperis* granted. Certiorari granted.

No. 88–5826. HAMILTON *v.* UNITED STATES;
No. 88–5827. HAMILTON *v.* UNITED STATES;
No. 88–5829. HAMILTON *v.* UNITED STATES;
No. 88–5832. BLAKE *v.* UNITED STATES; and
No. 88–5834. BROWN *v.* UNITED STATES. C. A. 4th Cir. Certiorari denied. Reported below: 850 F. 2d 1038.

No. 88–7079. PEREZ ET AL. *v.* UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 88–7374. TINSLEY *v.* VIRGINIA. Sup. Ct. Va. Certiorari denied.

No. 89–483. NORTHWEST LAND & INVESTMENT, INC., ET AL. *v.* NEW WEST FEDERAL SAVINGS & LOAN ASSN. ET AL. C. A. 9th Cir. Certiorari denied.

No. 89–485. ALEXANDER *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 89–506. VIRGINIA STATE CONFERENCE OF THE NATIONAL ASSOCIATION FOR THE ADVANCEMENT OF COLORED PEOPLE ET AL. *v.* UPCHURCH. C. A. 4th Cir. Certiorari denied.

No. 89–525. POPAL *v.* UNITED STATES. C. A. 2d Cir. Certiorari denied.

No. 89–607. SMITH, EXECUTRIX OF THE ESTATE OF SMITH *v.* UNITED STATES ET AL. C. A. 11th Cir. Certiorari denied.

No. 89–649. ARANGO *v.* UNITED STATES. C. A. 7th Cir. Certiorari denied.

No. 89–675. AMBASE CORP. *v.* COMMISSIONER OF INTERNAL REVENUE. C. A. 2d Cir. Certiorari denied.